## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JEREMIAH YBARRA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CIV-22-310-F |
| | ) | |
| FNU LNU, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation on May 6, 2022, recommending the court dismiss plaintiff's action without prejudice under Rule 41(b), Fed. R. Civ. P., based on his failure to pay the required filing fee or request to proceed *in forma pauperis* and his failure to comply with the court's orders. Magistrate Judge Purcell advised plaintiff of the right to file an objection to the Report and Recommendation on or May 26, 2022, and specifically advised plaintiff that failure to timely object to the Report and Recommendation would waive appellate review of the recommended ruling.

To date, no objection has been filed, and no request for an extension of time to file an objection has been filed. With no objection being filed, the court accepts, adopts, and affirms the Report and Recommendation.

Accordingly, the Report and Recommendation (doc. no. 6) issued by United States Magistrate Judge Gary M. Purcell on May 6, 2022 is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**. The above-entitled action is **DISMISSED**

**WITHOUT PREJUDICE** pursuant to Rule 41(b), Fed. R. Civ. P.   A separate judgment shall issue.

IT IS SO ORDERED this 9th day of June, 2022.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

22-0310p001.docx